■ ANDREW SCOTT, Appellant, v FRANCO FONTANA, Respondent. [700 NYS2d 689] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered on or about October 5, 1998, which granted defendant's motion to vacate a default judgment, unanimously affirmed, without costs.

Absent any showing of prejudice caused by defendant's 22-day delay in appearing, and in view of defense counsel's diligence once in the case, the motion court properly vacated a default apparently caused by defendant's short delay in forwarding the summons and complaint to the insurer and the insurer's short delay in forwarding the file to defense counsel (*see, Barajas v Toll Bros.*, 247 AD2d 242; *Rosa v 42 Holding Corp.*, 254 AD2d 213). A meritorious defense is shown. Concur—Sullivan, J. P., Mazzarelli, Wallach, Rubin and Andrias, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY RIVERA, Appellant. [700 NYS2d 687] —Judgment, Supreme Court, Bronx County (Nicholas Iacovetta, J., at suppression hearing; Efrain Alvarado, J., at jury trial and sentence), rendered October 18, 1996, convicting defendant of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 7 to 14 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentences to concurrent terms of 5 to 10 years, and otherwise affirmed.

Defendant's motion to suppress was properly denied. Probable cause was amply established by the totality of circumstances. In an area known for drug activity, narcotics officers observed defendant making repeated exchanges of unidentified objects for currency (*see, People v Dukes*, 254 AD2d 149, *lv denied* 93 NY2d 898). Prior to defendant's arrest, drugs were recovered from one of the buyers (*see, People v Wright*, 260 AD2d 248, *lv denied* 93 NY2d 931).

We find the sentence excessive to the extent indicated. Concur—Rosenberger, J. P., Nardelli, Ellerin, Saxe and Buckley, JJ.